Philip Heller, PLC (State Bar No. 113938)
Debi A. Ramos, Esq. (State Bar No. 135373)
**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 4250
Los Angeles, California 90067-3254
Telephone: (310) 286-7666
Facsimile: (310) 286-7086
Email: ph@philipheller.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Primarius Capital LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Jayhawk Capital Management LLC, et al.<br><br>Defendant(s). | No. C 07-01804 (EDL)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/11/07

Signature _Philip Heller_
Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")