1  Philip Heller, PLC (CA Bar No. 113938)
   Debi A. Ramos, Esq. (CA Bar No. 135373)
2  **FAGELBAUM & HELLER LLP**
   2049 Century Park East, Suite 4250
3  Los Angeles, California 90067-3254
   Telephone:  (310) 286-7666
4  Facsimile:   (310) 286-7086
   Email:        ph@philipheller.com
5
   Attorneys for Plaintiffs, Primarius Capital LLC;
6  Primarius China Fund LP; Primarius Focus LP;
   Primarius Partners LP and Primarius Offshore
7  Partners Ltd.

8

9              **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                   **OAKLAND DIVISION**

12

13  PRIMARIUS CAPITAL LLC;              )   Case No.: C 07-01804 (CW)
    PRIMARIUS CHINA FUND LP;            )
14  PRIMARIUS FOCUS LP; PRIMARIUS       )   **NOTICE OF CASE MANAGEMENT**
    PARTNERS LP and PRIMARIUS           )   **CONFERENCE**
15  OFFSHORE PARTNERS LTD.,             )
                                        )   Date:       July 24, 2007
16                     Plaintiffs,      )   Time:       2:00 p.m.
                                        )   Ctrm:       2
17       vs.                            )
                                        )   The Honorable Claudia Wilkin
18  JAYHAWK CAPITAL                     )
    MANAGEMENT, LLC; JAYHAWK            )   Action Filed:      March 30, 2007
19  CHINA FUND (CAYMAN) LTD.;           )   Trial Date:        None Set
    JAYHAWK INVESTMENTS LP;             )
20  JAYHAWK INSTITUTIONAL               )
    PARTNERS LP; KENT C.                )
21  MCCARTHY and DOES 1 through 100,    )
    Inclusive,                          )
22                                      )
                       Defendants.      )
23  _____)

24

25  **TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:**

26       **PLEASE TAKE NOTICE** that the Court in the above-captioned action has

27  scheduled a Case Management Conference to be held on July 24, 2007 at 2:00 p.m. in

28  Courtroom 2, 4th Floor at the courthouse located at 1301 Clay Street, Oakland, California

94612.    A  true  and  correct  copy  of  the  Case  Management  Scheduling  Order  for

Reassigned Civil Case filed by the Court on June 13, 2007 is attached as Exhibit A.


Dated: June 14, 2007                    **FAGELBAUM & HELLER LLP**


By:_____
        Philip Heller, PLC
        Attorneys for Plaintiffs,
        Primarius Capital LLC; Primarius China
        Fund LP; Primarius Focus LP;
        Primarius Partners LP and Primarius
        Offshore Partners Ltd.

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             ) ss
COUNTY OF LOS ANGELES        )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 4250, Los Angeles, California  90067.

     On June 15, 2007, I served the foregoing document described as ***Notice of Case Management Conference*** by placing a copy thereof enclosed in sealed envelopes addressed as follows:

          Kent McCarthy
          **Jayhawk Capital Management LLC**
          5410 West 61st Place, Suite 100
          Mission, Kansas 66205
          TEL:  (913) 642-2611
          FAX:  (913) 642-8661

[X] BY U.S. MAIL - I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid as follows:  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary cause of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] BY FEDERAL EXPRESS - I deposited such envelope in the drop box at Los Angeles, California.  I am readily familiar with this firm's practice of collection and processing correspondence for Federal Express.  Under the practice it would be deposited in the Federal Express drop-box for pickup on the same day at Los Angeles, California in the ordinary cause of business.

[ ] BY FACSIMILE – I caused such a document to be sent via facsimile to the appropriate facsimile number(s) for the addressee(s) above, at or about ___ p.m. from (310) 286-7086, and received confirmation that the fax transmission was successfully completed.

[ ] BY PERSONAL SERVICE - I caused such an envelope to be hand delivered to the office of the addressee.

[X] [Federal] I declare that I am in the office of a member of the bar of this court at whose direction the service was made.

     Executed on June 15, 2007, at Los Angeles, California.


                   _____/s/_____
                   Tracy Sorokin