# United States District Court

### NORTHERN DISTRICT OF CALIFORNIA

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

Primarius Capital LLC; Primarius China Fund LP;
Primarius Focus LP; Primarius Partners LP; and
Primarius Offshore Partners Ltd.

V.

Jayhawk Capital Management LLC; Jayhawk
China Fund (Cayman) Ltd.; Jayhawk Investments
LP; [see attachment for additional defendants]

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 1804** EDL

*Unexecuted*

TO: (Name and address of defendant)

Jayhawk Capital Management LLC
Jayhawk China Fund (Cayman) Ltd.
Jayhawk Investments LP
Jayhawk Institutional Partners LP
Kent McCarthy
5410 West 61st Place, Mission, Kansas 66205

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip Heller PLC (CA Bar No. 113938)
Debi A. Ramos, Esq. (CA Bar No. 135373)
FAGELBAUM & HELLER LLP
2049 Century Park East, Suite 4250
Los Angeles, California 90067
TEL (310) 286-7666
FAX (310) 286-7086
EMAIL: office@fhllplaw.com

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(signature)
BY DEPUTY CLERK
Helen L. Almacer

DATE **MAR 30 2007**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| Check one box below to indicate appropriate method of service |
|---|
| ☐   Served Personally upon the Defendant. Place where served: |
| ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐   Returned unexecuted: |
| ☐   Other (specify): |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    *Date*                                                    *Signature of Server*

                                                                      _____
                                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT TO SUMMONS

<u>Primarius Capital LLC, et al. v. Jayhawk Capital Management LLC, et al.</u>

**Additional Defendants:**

Jayhawk Institutional Partners LP; Kent C. McCarthy and DOES 1 through 100, Inclusive.