| | |
|---|---|
| 1 | Eliot A. Adelson, Bar No. 205284 |
| | eadelson@kirkland.com |
| 2 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415 439-1400 |
| 4 | Facsimile: 415 439-1500 |

Attorneys for Defendant
JAYHAWK CAPITAL MANAGEMENT, L.L.C.;
JAYHAWK CHINA FUND (CAYMAN), LTD.;
JAYHAWK INVESTMENTS, LP; JAYHAWK
INSTITUTIONAL PARTNERS, LP; KENT C.
MCCARTHY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PRIMARIUS CAPITAL, LLC; PRIMARIUS CHINA FUND, LP; PRIMARIUS FOCUS, LP; PRIMARIUS PARTNERS, LP; and PRIMARIUS OFFSHORE PARTNERS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND (CAYMAN), LTD.; JAYHAWK INVESTMENTS, LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; KENT C. MCCARTHY AND DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 07-01804-CW <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR RESPONSES TO PLAINTIFFS' COMPLAINT** |

### RECITALS

WHEREAS, Plaintiffs filed their Complaint and demand for jury trial on March 30, 2007, and filed their Amended Complaint on June 11, 2007.

WHEREAS, Defendants have indicated their intent to file motions to dismiss some or all of Plaintiffs' claims.

1     WHEREAS, the parties have conferred and reached agreement that the complex factual and legal issues presented in Plaintiffs' Amended Complaint necessitate extending the time frames set in the Federal Rules to the dates agreed upon below.

    WHEREAS, the parties have conferred and reached agreement regarding a briefing schedule setting the dates by which Defendants will answer, move, or otherwise respond to Plaintiffs' Amended Complaint, as well as setting the dates by which Plaintiffs' will respond to any Defendants' motion.

    WHEREAS, the parties have conferred and reached agreement that Defendants will answer, move or otherwise respond to the complaint by August 15, 2007, Plaintiffs shall respond by October 1, 2007, and, if necessary, Defendants may file a Reply by October 17, 2007.

    WHEREAS, this action includes claims for securities fraud under the Securities Exchange Act of 1934 which are subject to certain provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

    WHEREAS, the PSLRA includes the following provision:

> In any private action arising under this chapter [the Securities Exchange Act of 1934], all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

    WHEREAS, the court in *Medhekar v. District Court*, 99 F.3d 325 (9th Cir. 1996) held that the initial disclosure requirements of Rule 26(a) constitute "discovery" for purposes of the PSLRA, and that those disclosures are hence stayed by the PSLRA stay.

    WHEREAS, a case management conference is scheduled for this matter on July 24, 2007 at 2:00 PM, and no other schedules, orders, or time modification have been issued in this matter.

### STIPULATION

    Plaintiffs, through their attorneys of record, and Defendants, through their attorneys of record, hereby stipulate to the following schedule, and request that the Court make this stipulation an order of the Court:

1.     Defendants shall answer or otherwise respond to Plaintiffs complaint no later than

STIPULATION SETTING BRIEFING SCHEDULE FOR
RESPONSES TO PLAINTIFFS' COMPLAINT      C 07-01804-CW

August 15, 2007,

  2. Plaintiffs shall file their response, if necessary, by October 1, 2007,

  3. Defendants shall file their reply, if necessary, by October 17, 2007.

  4. The case management conference currently scheduled for July 24, 2007 is continued until a date to be assigned by the Court after determination of Defendants' motions to dismiss.

Dated: July 11, 2007        KIRKLAND & ELLIS LLP


By: /s Eliot A. Adelson
  Eliot A. Adelson
  Attorneys for Defendants
  JAYHAWK CAPITAL MANAGEMENT, L.L.C; JAYHAWK CHINA FUND (CAYMAN), LTD.; JAYHAWK INVESTMENTS, LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; KENT C. MCCARTHY

Dated: July 11, 2007        FAGELBAUM & HELLER LLP


By: /s Philip Heller, PLC
  Philip Heller, PLC
  2049 Century Part East, Suite 4250
  Los Angeles, California 90067-3254
  Telephone: (310) 286-7666
  Facsimile: (310) 286-7086
  ph@philipheller.com
  Attorneys for Plaintiffs
  PRIMARIUS CAPITAL, LLC; PRIMARIUS CHINA FUND, LP; PRIMARIUS FOCUS, LP; PRIMARIUS PARTNERS, LP; and PRIMARIUS OFFSHORE PARTNERS LTD.

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2   I, ELIOT ADELSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

  I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on July 11, 2007, in San Francisco, California.

```
    ___/s Eliot A. Adelson_____
    Eliot A. Adelson
    Kirkland & Ellis
    555 California Street, 27th Floor
    San Francisco, CA 94104
    Telephone: (415) 439-1400
    Facsimile:  (415) 439-1500
    eadelson@kirkland.com

    ___/s Philip Heller, PLC_____
    Philip Heller, PLC
    FAGELBAUM & HELLER LLP
    2049 Century Part East, Suite 4250
    Los Angeles, California 90067-3254
    Telephone: (310) 286-7666
    Facsimile:  (310) 286-7086
    ph@philipheller.com
```

STIPULATION SETTING BRIEFING SCHEDULE FOR
RESPONSES TO PLAINTIFFS' COMPLAINT        C 07-01804-CW

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

    1.    Defendants shall answer or otherwise respond to Plaintiffs complaint no later than August 15, 2007,

    2.    Plaintiffs shall file their response, if necessary, by October 1, 2007,

    3.    Defendants shall file their reply, if necessary, by October 17, 2007.

    4.    The case management conference currently scheduled for July 24, 2007 is continued until a date to be assigned by the Court after determination of Defendants' motions to dismiss.

DATED:    July __, 2007

_____
Hon. Claudia Wilken
United States District Judge