1  Eliot A. Adelson, Bar No. 205284
   eadelson@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone:    415 439-1400
4  Facsimile:    415 439-1500

5  Attorneys for Defendants
   JAYHAWK CAPITAL MANAGEMENT, L.L.C.;
6  JAYHAWK CHINA FUND (CAYMAN), LTD.;
   JAYHAWK INVESTMENTS, LP; JAYHAWK
7  INSTITUTIONAL PARTNERS, LP; KENT C.
   MCCARTHY

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13 | PRIMARIUS CAPITAL, LLC;              | Case No. C 07-01804-CW
   | PRIMARIUS CHINA FUND, LP;            |
14 | PRIMARIUS FOCUS, LP; PRIMARIUS       | **CERTIFICATION OF INTERESTED**
   | PARTNERS, LP; and PRIMARIUS          | **ENTITIES OR PERSONS**
15 | OFFSHORE PARTNERS LTD.,              |

16              Plaintiffs,

17 v.

18 JAYHAWK CAPITAL MANAGEMENT,
   LLC; JAYHAWK CHINA FUND
19 (CAYMAN), LTD.; JAYHAWK
   INVESTMENTS, LP; JAYHAWK
20 INSTITUTIONAL PARTNERS, LP;
   KENT C. MCCARTHY AND DOES 1
21 through 100, inclusive,,

22              Defendants.

23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS                                                                    C 07-01804-CW

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that other than the named parties,
2  there are no persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities that (i) have a financial interest in the subject matter in controversy
4  or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
5  party that could be substantially affected by the outcome of this proceeding.

6  Dated: July 11, 2007                               KIRKLAND & ELLIS LLP

8                                                     By:    /s Eliot A. Adelson
                                                          Eliot A. Adelson
9                                                         Attorneys for Defendants
                                                          JAYHAWK CAPITAL MANAGEMENT,
10                                                        L.L.C.; JAYHAWK CHINA FUND
                                                          (CAYMAN), LTD.; JAYHAWK
11                                                        INVESTMENTS, LP; JAYHAWK
                                                          INSTITUTIONAL PARTNERS, LP;
12                                                        KENT C. MCCARTHY

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                          C 07-01804-CW