**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Primarius Capital LLC<br><br>　　　　　Plaintiff,<br>　v.<br><br>Jayhawk Capital Management, LLC<br>　　　　　Defendant.　　　　　　　／ | NO. CV 07-01804 CW<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY** |

On **7/12/07**, counsel for **plaintiffs** filed a **summons returned executed (docket #s 12-14)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **plaintiffs** should submit the **summons returned executed (docket #s 12-14)**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: July 13, 2007　　　　　　　　　　　　　　　　Clara Pierce
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk