Matthew M. Wawrzyn
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312)861-2000

Clerk's Use Only
Initial for fee pd.:

FILED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Primarius Capital, LLC; Primarius China Fund LP; Primarius Focus LP; and Primarius Offshore Partners, Ltd.,

        Plaintiff(s),

v.

Jayhawk Capital Management L.L.C.;
Jayhawk China Fund (Cayman), Ltd.;
Jayhawk Investments, LP;
Jayhawk Institutional Partners, LP;
Kent C. McCarthy,

        Defendant(s).

CASE NO. C 07 01804 -CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, I, Matthew M. Wawrzyn, an active member in good standing of the bar of the Supreme Court of Illinois, hereby apply for admission to practice in the Northern District of California on a pro hac vice basis representing defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Eliot A. Adelson
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2007

*/s/ Matt Wawrzyn/*