| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles    CA    90067 | (310) 286-7666 | |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

SHORT TITLE OF CASE
PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT

| 1158809 | (HEARING) Date<br>07/24/07 | Time | Dept | Case Number:<br>C 07-01804(EDL)<br>REFERENCE NO.<br>36184-002 |
|---|---|---|---|---|

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:

   SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ATTACHMENT
   TO SUMMONS; ECF REGISTRATION INFORMATION HANDOUT;
   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
   REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE
   SEE ATTACHMENT

3. A PARTY SERVED:    Jayhawk Capital Management, LLC

   B PERSON SERVED:    MICHAEL D. SCHMITZ, CHIEF FINANCIAL OFFICER
                       PERSON APPARENTLY IN CHARGE
4. ADDRESS:    5410 W 61st Pl
               Mission        KS        66205
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE

   ON    6/25/2007    AT    2:01:00 PM
   (b) BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
       MICHAEL D. SCHMITZ, CHIEF FINANCIAL OFFICER
       PERSON APPARENTLY IN CHARGE
   (1)(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR
       USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE
       GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF: Jayhawk Capital Management, LLC

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : OTHER: LIMITED LIABILITY COMPANY

7a. Person Serving:    Eric Larsen    Out Of State Process    d. The fee for service was    $52.60
                                                              e. I am:
b  DDS Legal Support                                          (1) X  not a registered California process server:
2900 Bristol St                                               (3)    registered California process server:
Costa Mesa, Ca 92626                                                 (i)

c. (714) 662-5555                                             (i) Registration No:  Not A California
                                                              (i) County:           Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

7/13/2007

                                                                         X _____
Form Approved for Optional Use Judicial                                        SIGNATURE
Council of California
POS-010 (REV Jan 1 2007)                                                                CRC 982(A)(23)

## PROOF OF SERVICE