| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles    CA    90067<br>ATTORNEY FOR (Name  Plaintiff | (310) 286-7666 | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT |

| SHORT TITLE OF CASE |
|---|
| PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT |

| 1158809 | (HEARING) Date 07/24/07 | Time | Dept | Case Number: C 07-01804(EDL)<br>REFERENCE NO. 36184-002 |
|---|---|---|---|---|

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: Jayhawk Capital Management, LLC

DOCUMENTS RECEIVED:

SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ATTACHMENT
TO SUMMONS; ECF REGISTRATION INFORMATION HANDOUT;
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE
SEE ATTACHMENT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY
BUSINESS    5410 W 61st Pl
            Mission            KS        66205

06/25/07   02:01 PM NO AUTHORIZED OFFICER
OF THE COMPANY IS AVAILABLE FOR SERVICE.
SUB-SERVED; MICHAEL SCHMITZ, CHIEF
FINANCIAL OFFICER, PERSON APPARENTLY IN
CHARGE

7a. Person Serving: **Eric Larsen**    Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $52.60
e. I am:
(1) X  not a registered California process server:
(3)    registered California process server:
(i)
(i) Registration No: Not A California
(i) County — Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/13/2007

X _____
SIGNATURE

## PROOF OF SERVICE