| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles    CA    90067 | (310) 286-7666 | |
| ATTORNEY FOR (Name)    Plaintiff | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT | | |
| SHORT TITLE OF CASE<br>PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT | | |

| 1158809 | (HEARING) Date<br>07/24/07 | Time | Dept | Case Number:<br>C 07-01804(EDL) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>36184-002 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   06/26/07

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ATTACHMENT TO SUMMONS; ECF REGISTRATION INFORMATION HANDOUT; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE
SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Jayhawk Capital Management, LLC

5410 W 61st Pl
Mission       KS       66205

DECLARANT: lisa.steele

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $52.60
e. I am:
(1) X  not a registered California process server:
(3)    registered California process server:
(i) Employee
(i) Registration No: 434
(i) County: Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/13/2007                              X        [signature]
                                                SIGNATURE

## PROOF OF SERVICE