| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Fagelbaum & Heller SBN 113938 | | (310) 286-7666 | ORIGINAL FILED |
| 2049 Century Park E Ste 2050 | | | |
| Los Angeles    CA    90067 | | | JUL 1 2 2007 |
| ATTORNEY FOR (Name    Plaintiff | | | RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND |

Insert of Court Name of Judicial District and Branch Court if any

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE

**PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT**

| 1158802 | (HEARING) Date | Time | Dept | | Case Number: C 07-01804(EDL) CW |
|---|---|---|---|---|---|
| | 07/24/07 | 2:00PM | | 2 | REFERENCE NO. 36184-002 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:.

   SUMMONS & COMPLAINT, DEMAND FOR JURY TRUAL
   SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT,
   DEMAND FOR JURY TRIAL
   SEE ATTACHMENT

   : SEE ATTACHMENT

3. A PARTY SERVED:    Jayhawk China Fund (Cayman) LTD.

   B PERSON SERVED :    Michael Schmitz, Chief Financial Officer
   person apparently in charge

4. .. ADDRESS:    5410 W 61st Pl
   Mission    KS    66205

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE

   ON    6/25/2007   AT   2:01:00 PM
   (b) BY LEAVING THE DOCUMENTS LISTED IN 2  WITH OR IN THE PRESENCE OF:
   Michael Schmitz, Chief Financial Officer
   person apparently in charge
   (1)(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR
   USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE
   GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:  Jayhawk China Fund (Cayman) LTD.

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION :CCP 415.95(BUSINESS ORGANIZATION, FORM UNKNOWN)

| 7a. Person Serving:  **Eric Larsen**    Out Of State Process | d. The fee for service was    $52.60 |
|---|---|
| | e. I am: |
| b. DDS Legal Support | (1)    not a registered California process server: |
| 2900 Bristol St | (3)    registered California process server: |
| Costa Mesa, Ca 92626 | (i) |
| | (i) Registration No:  Not A California |
| c. (714) 662-5555 | (i) County:    Registered Process Server |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2007

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                                                    CRC 982(A)(23)

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.<br>(310) 286-7666 | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles     CA     90067<br>ATTORNEY FOR (Name     Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT**

| 1158802 | (HEARING) Date<br>07/24/07 | Time<br>2:00PM | Dept | 2 | Case Number:<br>C 07-01804(EDL)  C W<br>REFERENCE NO.<br>36184-002 |
|---|---|---|---|---|---|

### DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE:  Jayhawk China Fund (Cayman) LTD.

DOCUMENTS RECEIVED:

SUMMONS & COMPLAINT, DEMAND FOR JURY TRUAL
SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT,
DEMAND FOR JURY TRIAL
SEE ATTACHMENT

; SEE ATTACHMENT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY
BUSINESS          5410 W 61st Pl
                  Mission          KS          66205

06/25/07  02:01PM  NO AUTHORIZED OFFICER OF THE
COMPANY IS AVAILABLE FOR SERVICE, SUB-SERVED;
MICHAEL D SCHMITZ, CHIEF FINANCIAL OFFICER
PERSON APPARENTLY IN CHARGE

7a. Person Serving:  **Eric Larsen**  Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was          $52.60
e. I am:
(1)     not a registered California process server:
(3)  X    registered California process server:
      (i)
(i) Registration No: Not A California
(i) County: Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2007

X _____
SIGNATURE

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles    CA    90067 | | (310) 286-7666 | |
| ATTORNEY FOR (Name    Plaintiff | | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT

| 1158802 | (HEARING) Date | Time | Dept | | Case Number:<br>C 07-01804(EDL) — CW |
|---|---|---|---|---|---|
| | 07/24/07 | 2:00PM | 2 | | REFERENCE NO.<br>36184-002 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON    06/26/07

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT, DEMAND FOR JURY TRUAL
SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT, DEMAND FOR JURY TRIAL
SEE ATTACHMENT


; SEE ATTACHMENT


ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Jayhawk China Fund (Cayman) LTD.


5410 W 61st Pl
Mission          KS          66205

DECLARANT:  lisa.steele


b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was          $52.60
e. I am:

(1)  X    not a registered California process server:
(3)       registered California process server:
  (i)  Employee
  (i) Registration No:  434
  (i) County:  Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2007

X _____
                    SIGNATURE

## PROOF OF SERVICE

| PETITIONER/PLAINTIFF: PRIMARIUS CAPITAL<br>RESPONDENT/DEFENDANT: JAYHAWK CAPITAL MANAGEMENT | CASE NUMBER:<br>C0701804EDL —— C W |
|---|---|

NOTICE OF CASE MANAGEMENT CONFERENCE

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL CASE COVER SHEET

ECF REGISTRATION INFORMATION HANDOUT; DOCUMENTS GUIDELINES

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REASSIGNMENT ORDER