| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles    CA    90067 | (310) 286-7666 | ORIGINAL<br>FILED<br>JUL 1 2 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT

| 1158785 | (HEARING) Date<br>07/24/07 | Time<br>2:00PM | Dept<br>2 | Case Number:<br>C 07-01804(EDL)  CW<br>REFERENCE NO.<br>36184-002 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:

    SUMMONS & COMPLAINT, DEMAND FOR JURY TRIAL
    SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT,
    DEMAND FOR JURY TRIAL
    SEE ATTACHMENT

3. A PARTY SERVED:    Jayhawk Investments, LP

    B PERSON SERVED:    Michael Schmitz, Chief Financial Officer
    person apparently in charge

4. ADDRESS:    5410 W 61st Pl
    Mission       KS        66205

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
    ON    6/25/2007   AT   2:01:00 PM
    (b) BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
    Michael Schmitz, Chief Financial Officer
    person apparently in charge
    (1)(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR
    USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE
    GENERAL NATURE OF THE PAPERS
    (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
    (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
    D. ON BEHALF OF:    Jayhawk Investments, LP

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION :CCP 416.40 (ASSOCIATION OR PARTNERSHIP)

7a. Person Serving:    Eric Larsen    Out Of State Process
b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $52.60
e. I am:
(1)    not a registered California process server:
(3) X   registered California process server:
    (i)
    (i) Registration No:  Not A California
    (i) County:   Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2007

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles    CA    90067 | (310) 286-7666 | |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT

| 1158785 | (HEARING) Date<br>07/24/07 | Time<br>2:00PM | Dept<br>2 | Case Number:<br>C 07-01804(EDL) CW<br>REFERENCE NO.<br>36184-002 |
|---|---|---|---|---|

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE:  Jayhawk Investments, LP

DOCUMENTS RECEIVED:

SUMMONS & COMPLAINT, DEMAND FOR JURY TRIAL
SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT,
DEMAND FOR JURY TRIAL
SEE ATTACHMENT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY
BUSINESS        5410 W 61st Pl
                Mission                    KS           66205

06/25/07  02:01 PM NO AUTHORIZED OFFICER OF THE
COMPANY IS AVAILABLE FOR SERVICE, SUB-SERVED;
MICHAEL D. SCHMITZ, CHIEF FINANCIAL OFFICER
PERSON APPARENTLY IN CHARGE

7a. Person Serving:  Eric Larsen  Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $52.60
e. I am:
(1)   not a registered California process server:
(3) X registered California process server:
   (i)
   (i) Registration No: Not A California
   (i) County:   Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2007

X _____
SIGNATURE

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fagelbaum & Heller SBN 113938<br>2049 Century Park E Ste 2050<br>Los Angeles        CA        90067 | (310) 286-7666 | |
| ATTORNEY FOR (Name        Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
PRIMARIUS CAPITAL V. JAYHAWK CAPITAL MANAGEMENT

| 1158785 | (HEARING) Date<br>07/24/07 | Time<br>2:00PM | Dept<br>2 | Case Number:<br>C 07-01804(~~EDL~~)  CW |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>36184-002 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   06/26/07

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT, DEMAND FOR JURY TRIAL
SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT, DEMAND FOR JURY TRIAL
SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Jayhawk Investments, LP

5410 W 61st Pl
Mission           KS           66205

DECLARANT:  lisa.steele

d. The fee for service was        $52.60
e. I am:
(1)  X   not a registered California process server:
(3)      registered California process server:
   (i) Employee
   (i) Registration No:  434
   (i) County:  Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2007

X  _____
           SIGNATURE

## PROOF OF SERVICE

| PETITIONER/PLAINTIFF: PRIMARIUS CAPITAL | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: JAYHAWK CAPITAL MANAGEMENT | C0701804~~EDL~~ CW |

NOTICE OF CASE MANAGEMENT CONFERENCE

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL CASE COVER SHEET

ECF REGISTRATION INFORMATION HANDOUT; DOCUMENTS GUIDELINES

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REASSIGNMENT ORDER

Legal Solutions Plus