1  Eliot A. Adelson, Bar No. 205284
   eadelson@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone:    415 439-1400
4  Facsimile:    415 439-1500

5  Attorneys for Defendant
   JAYHAWK CAPITAL MANAGEMENT, L.L.C.;
6  JAYHAWK CHINA FUND (CAYMAN), LTD.;
   JAYHAWK INVESTMENTS, LP; JAYHAWK
7  INSTITUTIONAL PARTNERS, LP; KENT C.
   MCCARTHY
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                             OAKLAND DIVISION

12

13 | PRIMARIUS CAPITAL, LLC;            | Case No. C 07-01804-CW
   | PRIMARIUS CHINA FUND, LP;          |
14 | PRIMARIUS FOCUS, LP; PRIMARIUS     | **STIPULATION AND ORDER SETTING
   | PARTNERS, LP; and PRIMARIUS        | BRIEFING SCHEDULE FOR RESPONSES
15 | OFFSHORE PARTNERS LTD.,            | TO PLAINTIFFS' COMPLAINT AS
   |                                    | MODIFIED**
16 |              Plaintiffs,           |

17      v.

18  JAYHAWK CAPITAL MANAGEMENT,
    LLC; JAYHAWK CHINA FUND
19  (CAYMAN), LTD.; JAYHAWK
    INVESTMENTS, LP; JAYHAWK
20  INSTITUTIONAL PARTNERS, LP;
    KENT C. MCCARTHY AND DOES 1
21  through 100, inclusive,

22              Defendants.

23

24                                **RECITALS**

25      WHEREAS, Plaintiffs filed their Complaint and demand for jury trial on March 30, 2007,

26  and filed their Amended Complaint on June 11, 2007.

27      WHEREAS, Defendants have indicated their intent to file motions to dismiss some or all

28  of Plaintiffs' claims.

STIPULATION SETTING BRIEFING SCHEDULE FOR
RESPONSES TO PLAINTIFFS' COMPLAINT                                    C 07-01804-CW

WHEREAS, the parties have conferred and reached agreement that the complex factual and legal issues presented in Plaintiffs' Amended Complaint necessitate extending the time frames set in the Federal Rules to the dates agreed upon below.

WHEREAS, the parties have conferred and reached agreement regarding a briefing schedule setting the dates by which Defendants will answer, move, or otherwise respond to Plaintiffs' Amended Complaint, as well as setting the dates by which Plaintiffs' will respond to any Defendants' motion.

WHEREAS, the parties have conferred and reached agreement that Defendants will answer, move or otherwise respond to the complaint by August 15, 2007, Plaintiffs shall respond by October 1, 2007, and, if necessary, Defendants may file a Reply by October 17, 2007.

WHEREAS, this action includes claims for securities fraud under the Securities Exchange Act of 1934 which are subject to certain provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

WHEREAS, the PSLRA includes the following provision:

> In any private action arising under this chapter [the Securities Exchange Act of 1934], all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

WHEREAS, the court in *Medhekar v. District Court*, 99 F.3d 325 (9th Cir. 1996) held that the initial disclosure requirements of Rule 26(a) constitute "discovery" for purposes of the PSLRA, and that those disclosures are hence stayed by the PSLRA stay.

WHEREAS, a case management conference is scheduled for this matter on July 24, 2007 at 2:00 PM, and no other schedules, orders, or time modification have been issued in this matter.

## STIPULATION

Plaintiffs, through their attorneys of record, and Defendants, through their attorneys of record, hereby stipulate to the following schedule, and request that the Court make this stipulation an order of the Court:

1.  Defendants shall answer or otherwise respond to Plaintiffs complaint no later than

STIPULATION SETTING BRIEFING SCHEDULE FOR
RESPONSES TO PLAINTIFFS' COMPLAINT                     C 07-01804-CW

1  August 15, 2007,

2      2.    Plaintiffs shall file their response, if necessary, by October 1, 2007,

3      3.    Defendants shall file their reply, if necessary, by October 17, 2007.

4      4.    The case management conference currently scheduled for July 24, 2007 is

5  continued until a date to be assigned by the Court after determination of Defendants' motions to

6  dismiss.

7  Dated: July 11, 2007                        KIRKLAND & ELLIS LLP

8

9                                          By:    /s Eliot A. Adelson

10                                            Eliot A. Adelson
                                           Attorneys for Defendants

11                                            JAYHAWK CAPITAL MANAGEMENT,
                                           L.L.C; JAYHAWK CHINA FUND

12                                            (CAYMAN), LTD.; JAYHAWK
                                           INVESTMENTS, LP; JAYHAWK
                                           INSTITUTIONAL PARTNERS, LP;

13                                            KENT C. MCCARTHY

14 Dated: July 11, 2007                        FAGELBAUM & HELLER LLP

15

16                                         By:    /s Philip Heller, PLC

17                                          Philip Heller, PLC
                                         2049 Century Part East, Suite 4250

18                                          Los Angeles, California 90067-3254
                                         Telephone: (310) 286-7666

19                                          Facsimile: (310) 286-7086
                                         ph@philipheller.com

20                                          Attorneys for Plaintiffs
                                         PRIMARIUS CAPITAL, LLC;

21                                          PRIMARIUS CHINA FUND, LP;
                                         PRIMARIUS FOCUS, LP; PRIMARIUS

22                                          PARTNERS, LP; and PRIMARIUS
                                         OFFSHORE PARTNERS LTD.

23

24

25

26

27

28

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ELIOT ADELSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 11, 2007, in San Francisco, California.

                                      ___/s Eliot A. Adelson_____
                                      Eliot A. Adelson
                                      Kirkland & Ellis
                                      555 California Street, 27th Floor
                                      San Francisco, CA 94104
                                      Telephone: (415) 439-1400
                                      Facsimile:  (415) 439-1500
                                      eadelson@kirkland.com

                                      ___/s Philip Heller, PLC_____
                                      Philip Heller, PLC
                                      FAGELBAUM & HELLER LLP
                                      2049 Century Part East, Suite 4250
                                      Los Angeles, California 90067-3254
                                      Telephone: (310) 286-7666
                                      Facsimile:  (310)  286-7086
                                      ph@philipheller.com

# ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. Defendants shall answer or otherwise respond to Plaintiffs complaint no later than August 15, 2007. **Any motion to dismiss shall be noticed for hearing on November 1, 2007 at 2:00 p.m.,**

2. Plaintiffs shall file their response, if necessary, by October 1, 2007,

3. Defendants shall file their reply, if necessary, by October 17, 2007.

4. The case management conference currently scheduled for July 24, 2007 is continued **until November 1, 2007, at 2:00 p.m.**

DATED:   July 24, 2007        /s/ Claudia Wilken

                              Hon. Claudia Wilken
                              United States District Judge