RECEIVED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| Primarius Capital, LLC; Primarius China Fund LP; Primarius Focus LP; and Primarius Offshore Partners Ltd., <br><br> Plaintiff(s), <br><br> v. <br><br> Jayhawk Capital Management L.L.C.; Jayhawk China Fund (Cayman), Ltd.; Jayhawk Investments, L.P.; Jayhawk Institutional Partners L.P., <br><br> Defendant(s). | CASE NO. C0701804-CW <br><br> (Proposed) <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Matthew M. Wawrzyn, an active member in good standing of the bar of The Supreme Court of Illinois, whose business address and telephone number (particular court to which applicant is admitted) is 200 East Randolph Drive, Chicago, IL 60601, (312) 861-2000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants in this action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 24, 2007

_____
Honorable Claudia Wilkin