| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Phillip Heller SBN 113938<br>2049 Century Park E Ste 4250<br>Los Angeles    CA    90067 | (310) 286-7666 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
Primarius capital v. Jayhawk Capital

| 1158806.02 | (HEARING) Date | Time | Dept | Case Number:<br>C 07-01804(EDL) |
|---|---|---|---|---|
| | 07/24/07 | 2:00PM | 2 | REFERENCE NO.<br>36184-002 |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ATTACHMENT TO SUMMONS; ECF REGISTRATION INFORMATION HANDOUT; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE SEE ATTACHMENT

ON: Kent McCarthy

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:

AT: 985 Fairway Blvd

Incline Village    NV    89451

ON    6/28/2007    AT    4:50:00 PM
COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

MRS. McCARTHY, WIFE, CO-OCCUPANT

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Bob Deale    Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $175.00
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i)
(i) Registration No: Not A California
(ii) County:    Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X _____
SIGNATURE

7/19/2007

## PROOF OF SERVICE


| PETITIONER/PLAINTIFF: PRIMARIUS CAPITAL<br>RESPONDENT/DEFENDANT: JAYHAWK CAPITAL MANAGEMENT | CASE NUMBER:<br>C0701804EDL |
|---|---|

NOTICE OF CASE MANAGEMENT CONFERENCE

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL CASE COVER SHEET

ECF REGISTRATION INFORMATION HANDOUT; DOCUMENTS GUIDELINES

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REASSIGNMENT ORDER

Legal Solutions Plus