1   Eliot A. Adelson, Bar No. 205284
    eadelson@kirkland.com
2   KIRKLAND & ELLIS LLP
    555 California Street
3   San Francisco, CA  94104
    Telephone:     415 439-1400
4   Facsimile:     415 439-1500

5   Attorneys for Defendant
    JAYHAWK CAPITAL MANAGEMENT, LLC;
6   JAYHAWK CHINA FUND (CAYMUN), LTD.;
    JAYHAWK INVESTMENTS, LP; JAYHAWK
7   INSTITUTIONAL PARTNERS, LP; KENT C.
    MCCARTHY

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

| | |
|---|---|
| 13 PRIMARIUS CAPITAL, LLC; PRIMARIUS CHINA FUND, LP; 14 PRIMARIUS FOCUS, LP; PRIMARIUS PARTNERS, LP; and PRIMARIUS 15 OFFSHORE PARTNERS LTD., | Case No.  C 07-01804-CW  **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 16            Plaintiffs, | |
| 17 v. | |
| 18 JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND 19 (CAYMUN), LTD.; JAYHAWK INVESTMENTS, LP; JAYHAWK 20 INSTITUTIONAL PARTNERS, LP; KENT C. MCCARTHY AND DOES 1 21 through 100, inclusive, | |
| 22            Defendants. | |

23

24                      **RECITALS**

25       WHEREAS, Plaintiffs filed their Complaint and demand for jury trial on March 30, 2007,

26   and filed their Amended Complaint on June 11, 2007.

27       WHEREAS, on September 27, 2007, Plaintiffs and Defendants agreed to submit their

28   claims and counterclaims to binding arbitration under the auspices of Judicial Arbitration and

1   Mediation Services, Inc. ("JAMS"), and requested that the Court stay this action and take all
2   motions and dates off calendar.
3           WHEREAS, on October 3, 2007, the Court entered an order staying this action pending
4   arbitration, denying pending motions without prejudice, and scheduling the Case Management
5   Conference for January 29, 2008 at 2:00 p.m.
6           WHEREAS, the parties have commenced arbitration before JAMS, with a hearing
7   scheduled for the weeks of September 8 and 15, 2008.
8           WHEREAS, the parties have conferred and reached agreement that the Case Management
9   Conference should be continued until after the arbitration hearing is held and the arbitration panel
10  issues an award.

11                              **STIPULATION**

12          Plaintiffs, through their attorneys of record, and Defendants, through their attorneys of
13  record, hereby stipulate that the Case Management Conference should be continued until after the
14  arbitration hearing is held and the arbitration panel issues an award.

1    Dated: January 29, 2008                    KIRKLAND & ELLIS LLP

2

3                                               By:_____/s Eliot A. Adelson_____
                                                   Eliot A. Adelson
4                                                  Attorneys for Defendants
                                                   JAYHAWK CAPITAL MANAGEMENT,
5                                                  LLC; JAYHAWK CHINA FUND
                                                   (CAYMUN), LTD.; JAYHAWK
6                                                  INVESTMENTS, LP; JAYHAWK
                                                   INSTITUTIONAL PARTNERS, LP;
7                                                  KENT C. MCCARTHY

8    Dated: January 29, 2008                    FAGELBAUM & HELLER LLP

9

10                                              By:_____/s Philip Heller, PLC_____
                                                   Philip Heller, PLC
11                                                 2049 Century Part East, Suite 4250
                                                   Los Angeles, California 90067-3254
12                                                 Telephone: (310) 286-7666
                                                   Facsimile: (310) 286-7086
13                                                 ph@philipheller.com
                                                   Attorneys for Plaintiffs
14                                                 PRIMARIUS CAPITAL, LLC;
                                                   PRIMARIUS CHINA FUND, LP;
15                                                 PRIMARIUS FOCUS, LP; PRIMARIUS
                                                   PARTNERS, LP; and PRIMARIUS
16                                                 OFFSHORE PARTNERS LTD.

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2

3         I, ELIOT ADELSON, hereby declare pursuant to General Order 45, § X.B, that I have

obtained the concurrence in the filing of this document from each of the other signatories listed
4
above and below.
5
         I declare under penalty of perjury that the foregoing declaration is true and correct.
6
         Executed on January 29, 2008, in San Francisco, California.
7

8                                                    ___/s Eliot A. Adelson_____
                                                     Eliot A. Adelson
9                                                    Kirkland & Ellis
                                                     555 California Street, 27th Floor
10                                                   San Francisco, CA 94104
                                                     Telephone: (415) 439-1400
11                                                   Facsimile:  (415) 439-1500
                                                     eadelson@kirkland.com
12
                                                     ___/s Philip Heller, PLC_____
13                                                   Philip Heller, PLC
                                                     FAGELBAUM & HELLER LLP
14                                                   2049 Century Part East, Suite 4250
                                                     Los Angeles, California 90067-3254
15                                                   Telephone: (310) 286-7666
                                                     Facsimile:  (310)  286-7086
16                                                   ph@philipheller.com

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

3

4

     The Case Management Conference shall be continued until after the September 2008

arbitration hearing is held and the arbitration panel issues an award, but not later than

5

_____.

6

7

DATED:      January __, 2008

8

_____

9

                        Hon. Claudia Wilken
                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28