Eliot A. Adelson, Bar No. 205284
eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:     415 439-1400
Facsimile:     415 439-1500

Attorneys for Defendant
JAYHAWK CAPITAL MANAGEMENT, LLC;
JAYHAWK CHINA FUND (CAYMUN), LTD.;
JAYHAWK INVESTMENTS, LP; JAYHAWK
INSTITUTIONAL PARTNERS, LP; KENT C.
MCCARTHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRIMARIUS CAPITAL, LLC; PRIMARIUS CHINA FUND, LP; PRIMARIUS FOCUS, LP; PRIMARIUS PARTNERS, LP; and PRIMARIUS OFFSHORE PARTNERS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND (CAYMUN), LTD.; JAYHAWK INVESTMENTS, LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; KENT C. MCCARTHY AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  C 07-01804-CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**RECITALS**

WHEREAS, Plaintiffs filed their Complaint and demand for jury trial on March 30, 2007, and filed their Amended Complaint on June 11, 2007.

WHEREAS, on September 27, 2007, Plaintiffs and Defendants agreed to submit their claims and counterclaims to binding arbitration under the auspices of Judicial Arbitration and

1  Mediation Services, Inc. ("JAMS"), and requested that the Court stay this action and take all
2  motions and dates off calendar.
3   WHEREAS, on October 3, 2007, the Court entered an order staying this action pending
4  arbitration, denying pending motions without prejudice, and scheduling the Case Management
5  Conference for January 29, 2008 at 2:00 p.m.
6   WHEREAS, the parties have commenced arbitration before JAMS, with a hearing
7  scheduled for the weeks of September 8 and 15, 2008.
8   WHEREAS, the parties have conferred and reached agreement that the Case Management
9  Conference should be continued until after the arbitration hearing is held and the arbitration panel
10 issues an award.

11 **STIPULATION**

12  Plaintiffs, through their attorneys of record, and Defendants, through their attorneys of
13 record, hereby stipulate that the Case Management Conference should be continued until after the
14 arbitration hearing is held and the arbitration panel issues an award.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION CONTINUING CASE MANAGEMENT
CONFERENCE     C 07-01804-CW

| | | |
|---|---|---|
| 1 | Dated: January 29, 2008 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By:    /s Eliot A. Adelson |
| 4 | | Eliot A. Adelson<br>Attorneys for Defendants |
| 5 | | JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND (CAYMUN), LTD.; JAYHAWK |
| 6 | | INVESTMENTS, LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; |
| 7 | | KENT C. MCCARTHY |
| 8 | Dated: January 29, 2008 | FAGELBAUM & HELLER LLP |
| 9 | | |
| 10 | | By:     /s Philip Heller, PLC |
| 11 | | Philip Heller, PLC<br>2049 Century Part East, Suite 4250<br>Los Angeles, California 90067-3254 |
| 12 | | Telephone: (310) 286-7666<br>Facsimile:  (310) 286-7086 |
| 13 | | ph@philipheller.com<br>Attorneys for Plaintiffs |
| 14 | | PRIMARIUS CAPITAL, LLC;<br>PRIMARIUS CHINA FUND, LP; |
| 15 | | PRIMARIUS FOCUS, LP; PRIMARIUS PARTNERS, LP; and PRIMARIUS |
| 16 | | OFFSHORE PARTNERS LTD. |


STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE          C 07-01804-CW

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ELIOT ADELSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 29, 2008, in San Francisco, California.

          ___/s Eliot A. Adelson_____
          Eliot A. Adelson
          Kirkland & Ellis
          555 California Street, 27th Floor
          San Francisco, CA 94104
          Telephone: (415) 439-1400
          Facsimile:  (415) 439-1500
          eadelson@kirkland.com

          ___/s Philip Heller, PLC_____
          Philip Heller, PLC
          FAGELBAUM & HELLER LLP
          2049 Century Part East, Suite 4250
          Los Angeles, California 90067-3254
          Telephone: (310) 286-7666
          Facsimile:  (310)  286-7086
          ph@philipheller.com

# ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

The Case Management Conference shall be continued until after the September 2008 arbitration hearing is held and the arbitration panel issues an award, but not later than **October 21, 2008, at 2:00 p.m.**  If an award has not yet issued, counsel may stipulate to continue the **Case Management Conference.**

DATED:     January 29, 2008

_____
Hon. Claudia Wilken
United States District Judge