1  SARA S. TROPEA (SBN 227270)
   *stropea@shb.com*
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:   415.544.1900
4  Facsimile:   415.391.0281

5  Attorneys for Defendants
   JAYHAWK CAPITAL MANAGEMENT, LLC;
6  JAYHAWK CHINA FUND (CAYMAN) LTD.;
   JAYHAWK INVESTMENTS LP;
7  JAYHAWK INSTITUTIONAL PARTNERS LP;
   and KENT C. MCCARTHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PRIMARIUS CAPITAL LLC; PRIMARIUS CHINA FUND LP; PRIMARIUS FOCUS LP; PRIMARIUS PARTNERS LP and PRIMARIUS OFFSHORE PARTNERS LTD.,, | Case No. C07-1804 EDL |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND (CAYMAN) LTD.; JAYHAWK INVESTMENTS LP; JAYHAWK INSTITUTIONAL PARTNERS LP; KENT C. MCCARTHY and DOES 1 through 100, Inclusive,, | |
| Defendants. | |

146004V1

NOTICE OF APPEARANCE
C07-1804 EDL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of Shook, Hardy & Bacon LLP as counsel of record for and on behalf of Defendants Jayhawk Capital Management, LLC; Jayhawk China Fund (Cayman) LTD.; Jayhawk Investments LP; Jayhawk Institutional Partners LP; and Kent C. McCarthy.

Date: September 17, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Sara Tropea
SARA TROPEA

Attorneys for Defendant
JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND (CAYMAN) LTD.; JAYHAWK INVESTMENTS LP; JAYHAWK INSTITUTIONAL PARTNERS LP; and KENT C. MCCARTHY