Philip Heller, PLC (CA State Bar No. 113938)
ph@fhllplaw.com
Peter DelVecchio, (CA State Bar No. 183456)
pmd@fhllplaw.com
**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 4250
Los Angeles, CA 90067
Telephone: 310.286.7666
Facsimile: 310.286.7086

Attorneys for Plaintiffs, Primarius Capital LLC;
Primarius China Fund LP; Primarius Focus, LP;
Primarius Partners LP and Primarius Offshore
Partners Ltd

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PRIMARIUS CAPITAL LLC;<br>PRIMARIUS CHINA FUND LP;<br>PRIMARIUS FOCUS LP;<br>PRIMARIUS PARTNERS LP; and<br>PRIMARIUS OFFSHORE<br>PARTNERS LTD.<br><br>　　　　　Plaintiffs,<br><br>and<br><br>JAYHAWK CAPITAL<br>MANAGEMENT, LLC; JAYHAWK<br>CHINA FUND (CAYMAN), LTD.;<br>JAYHAWK INVESTMENTS, LP;<br>JAYHAWK INSTITUTIONAL<br>PARTNERS, LP; KENT C.<br>MCCARTHY,<br><br>　　　　　Defendants. | Case No. 4:07-cv-01804 (CW)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE [CORRECTED]**<br><br>Ctrm: 2, 4th Floor |

## RECITALS

**WHEREAS**, Plaintiffs filed their complaint and demand for jury trial on March 30, 2007, and filed their amended complaint on June 11, 2007.

**WHEREAS**, on September 27, 2007, Plaintiffs and Defendants agreed to submit their claims and counterclaims to binding arbitration under the auspices of Judicial Arbitration and Mediation Services, Inc. ("JAMS"), and requested that the Court stay this action and take all motions and dates off calendar.

**WHEREAS**, the parties have commenced arbitration before JAMS, with a hearing scheduled for the weeks of June 15 and 22, 2009.

**WHEREAS**, the parties have conferred and reached agreement that the Case Management Conference should be continued until after the arbitration hearing is held and the arbitration panel issues an award which, with anticipated post-hearing briefing, will most likely not occur before September 2009.

## STIPULATION

Plaintiffs, through their attorneys of record, and Defendants, through their attorneys of record, hereby stipulate that the Case Management Conference should be continued until September 29, 2009.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: 01/30/09 | **SHOOK, HARDY BACON LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: *[signature]* for |
| 5 | | Sara S. Tropea, Esq. |
| | | Attorneys for Respondents, Jayhawk |
| 6 | | Capital Management LLC, Jayhawk |
| | | China Fund (Cayman), Ltd., and |
| 7 | | Jayhawk Investments LP, Jayhawk |
| 8 | | Institutional Partners, LP and Kent |
| | | McCarthy |
| 9 | | |
| 10 | | |
| 11 | Dated: 01/30/09 | **FAGELBAUM & HELLER LLP** |
| 12 | | |
| 13 | | By: s/s Philip Heller |
| 14 | | Philip Heller, PLC |
| 15 | | Attorneys for Claimants, Primarius |
| | | Capital LLC; Primarius China Fund LP; |
| 16 | | Primarius Focus LP; Primarius Partners |
| 17 | | LP and Primarius Offshore Partners Ltd. |

**IT IS SO ORDERED**

*[signature]*
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE
(Case No. C 07-01804 (CW))

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 4250, Los Angeles, California 90067.

On January 30, 2009, served the foregoing document described as *[Corrected] Stipulation and [Proposed] Order* by placing a copy thereof enclosed in sealed envelopes addressed as follows:

*[See Attached Service List]*

[X] BY U.S. MAIL - I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid as follows: I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary cause of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

[ ] BY FEDERAL EXPRESS - I deposited such envelope in the drop box at Los Angeles, California. I am readily familiar with this firm's practice of collection and processing correspondence for Federal Express. Under the practice it would be deposited in the Federal Express drop-box for pickup on the same day at Los Angeles, California in the ordinary cause of business.

[ ] BY FACSIMILE – I caused such a document to be sent via facsimile to the appropriate facsimile number(s) for the addressee(s) below, at or about ____ .m. from (310) 286-7086, and received confirmation that the fax transmission was successfully completed.

[ ] BY PERSONAL SERVICE - I caused such an envelope to be hand delivered to the office of the addressee.

[ ] [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] [Federal] I declare that I am in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2009 at Los Angeles, California.

Zorina Shah-Sohl

# SERVICE LIST
[Case No. C07-01804 (CW)]

Gregory T. Wolf, Esq.
Sarah Lepak, Esq.
Brian P. Baggott, Esq.
**SHOOK, HARDY, BACON LLP**
2555 Grand Blvd.
Kansas City, MO 64108-2613

TEL: (816) 474-6550
FAX: (816) 421-5547
**Attorneys for Respondents, Jayhawk Capital Management LLC, Jayhawk China Fund (Cayman), Ltd., and Jayhawk Investments LP and Kent McCarthy**

Sara S. Tropea, Esq.
**SHOOK, HARDY, BACON LLP**
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 544.1900
Facsimile: (415) 391.0281
e-mail: STROPEA@shb.com

**Attorneys for Respondents, Jayhawk Capital Management LLC, Jayhawk China Fund (Cayman), Ltd., and Jayhawk Investments LP, Jayhawk Institutional Partners, LP and Kent McCarthy**

James McMullen,
Chief Operating Officer and
General Counsel
**JAYHAWK CAPITAL MANAGEMENT, LLC**
5410 W. 61st Place, Suite 100
Mission, KS 66205

Telephone: 913-642-2611

**Attorneys for Respondents, Jayhawk Capital Management LLC, Jayhawk China Fund (Cayman), Ltd., and Jayhawk Investments LP and Kent McCarthy**