NEWMEYER & DILLION LLP
THOMAS F. NEWMEYER, CBN 82516
Tom.Newmeyer@ndlf.com
CAROL SHERMAN ZAIST, CBN 203995
Carol.Zaist@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendants
Jayhawk Capital Management, LLC; Jayhawk China Fund (Cayman), Ltd.; Jayhawk Investments, LP; Jayhawk Institutional Partners, LP; Kent C. McCarthy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRIMARIUS CAPITAL, LLC; PRIMARIUS CHINA FUND LP; PRIMARIUS FOCUS LP; PRIMARIUS PARTNERS LP; AND PRIMARIUS OFFSHORE PARTNERS LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> JAYHAWK CAPITAL MANAGEMENT, LLC; JAYHAWK CHINA FUND (CAYMAN), LTD.; JAYHAWK INVESTMENTS, LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; KENT C. MCCARTHY, <br><br> Defendants. | CASE NO.:  4:07-cv-01804(CW) <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**  AS MODIFIED <br><br> FILE DATE:  March 30, 2007 <br> TRIAL DATE SET: No Date Set <br><br> Courtroom: 2, 4th Floor |

RECITALS

WHEREAS Plaintiffs filed their complaint on March 30, 2007 and filed an amended complaint on June 11, 2007;

///

///

1831009.1

STIP. AND ORDER CONTIN. CASE MGT. CONF. 4:07-CV-01804(CW)

1 WHEREAS on September 27, 2007, Plaintiffs and Defendants agreed to submit their claims and counterclaims to binding arbitration with Judicial Arbitration and Mediation Services ("JAMS"), and requested that the Court stay this action pending the arbitration, and requested that the Court tale all motions and pending dates off calendar.

WHEREAS the parties have completed the arbitration hearing, and are in the process of completing their post-arbitration briefing.

WHEREAS the parties have conferred and reached agreement that the Case Management Conference currently scheduled for September 29, 2009 should be continued for approximately 100 days to allow the parties to complete their post-arbitration briefing and obtain a final arbitration award which, most likely, will not occur until January 2010.

STIPULATION

Plaintiffs, through their counsel of record, and Defendants, through their counsel of record, hereby stipulate that the Case Management Conference should be continued to Tuesday, January 12, 2010, at 2:00 p.m.

Dated: September 25, 2009            FAGELBAUM & HELLER LLP

                                     By: /s/
                                     Philip Heller
                                     Attorneys for Plaintiffs

                                     Primarius Capital, LLC; Primarius
                                     China Fund LP; Primarius Focus LP;
                                     Primarius Partners LP; and Primarius
                                     Offshore Partners Ltd.

| | |
|---|---|
| Dated: September 25, 2009 | NEWMEYER & DILLION LLP<br><br>By: _____<br>Carol Sherman Zaist<br>Attorneys for Defendants<br><br>Jayhawk Capital Management, LLC; Jayhawk China Fund (Cayman), Ltd.; Jayhawk Investments, LP; Jayhawk Institutional Partners, LP; Kent C. McCarthy |

**THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO APRIL 6, 2010, AT 2:00 P.M.**

*IT IS SO ORDERED AS MODIFIED*
/s/ Claudia Wilken
Judge Claudia Wilken
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

## PROOF OF SERVICE

*Primarius Capital LLC et al. and Jayhawk Capital Management, LLC et al.*
USDC – Northern District Case No.: 4:07-CV-01804 (CW)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE       )

I, Maureen Gledhill, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. On September 25, 2009, I served a copy of the within document(s):

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed OVERNITE EXPRESS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a OVERNITE EXPRESS agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

PLEASE SEE ATTACHED SERVICE LIST.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 25, 2009, at Newport Beach, California.

/s/ Maureen Gledhill
Maureen Gledhill

1836880.1                                                      PROOF OF SERVICE

# SERVICE LIST

*Primarius Capital LLC et al. and Jayhawk Capital Management, LLC et al.*
USDC – Northern District Case No.: 4:07-CV-01804 (CW)

| | |
|---|---|
| Sara S. Tropea, Esq.<br>SHOOK, HARDY, BACON, LLP<br>333 Bush Street, Suite 600<br>San Francisco, CA 94104 | Tel: (415) 544-1900<br>Fax: (415) 391-0281<br>E-mail: stropea@shb.com<br>**Attorney for Defendants [JAYHAWK CAPITAL MANAGEMENT LLC; JAYHAWK CHINA FUND (CAYMAN), LTD.; JAYHAWK INVESTMENTS LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; and KENT MCCARTHY]** |
| Gregory T. Wolf, Esq.<br>Sarah Lepak, Esq.<br>Brian P. Baggott, Esq.<br>SHOOK, HARDY, BACON, LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | Tel: (816) 474-6550<br>Fax: (816) 421-5547<br>**Attorneys for Defendants [JAYHAWK CAPITAL MANAGEMENT LLC; JAYHAWK CHINA FUND (CAYMAN), LTD.; JAYHAWK INVESTMENTS LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; and KENT MCCARTHY]** |
| James McMullen, Esq.<br>5410 W. 61st Place, Suite 100<br>Mission, KS 66205 | Tel: (913) 642-2611<br>**Chief Operating Officer & General Counsel for [JAYHAWK CAPITAL MANAGEMENT, LLC]**<br>**Attorneys for Defendants [JAYHAWK CAPITAL MANAGEMENT LLC; JAYHAWK CHINA FUND (CAYMAN), LTD.; JAYHAWK INVESTMENTS LP; JAYHAWK INSTITUTIONAL PARTNERS, LP; and KENT MCCARTHY]** |
| Philip Heller, Esq.<br>Peter DelVecchio, Esq.<br>FAGELBAUM & HELLER LLP<br>2049 Century Park East, Suite 4250<br>Los Angeles, CA 90067 | Tel: (310) 286-7666<br>Fax: (310) 286-7086<br>E-mail: ph@fhllplaw.com<br>       pmd@fhllplaw.com<br>**Attorneys for Plaintiffs [PRIMARIUS CAPITAL LLC; PRIMARIUS CHINA FUND LP; PRIMARIUS FOCUS, LP; PRIMARIUS PARTNERS LP; and PRIMARIUS OFFSHORE PARTNERS LTD]** |